UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-81445-CIV-SINGHAL/Valle

NEELU AVIATION, LLC,

    Plaintiff,

v.

BOCA AIRCRAFT MAINTENANCE, LLC,
SKURKA AEROSPACE, INC.,
ADVENT AIRCRAFT SYSTEMS, INC., and
ONE AVIATION CORPORATION,

    Defendants.
_____/

## ORDER RESETTING TRIAL

**THIS CAUSE** is reset for trial during the Court's two-week trial calendar beginning on **January 19, 2021, at 9:00 a.m.** due to the Covid-19 emergency. Calendar call will be held at **10:00 a.m. on Friday, January 15, 2021**. No pre-trial conference will be held unless a party requests one and the Court determines that one is necessary.

Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 110 at the United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301**.

**IT IS FURTHER ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion to Extend Deadlines Outlined in Order Extending Deadline (DE [171]) is **GRANTED**.

2. All previous deadlines remain in effect except for the following:

   | Date | Deadline |
   |---|---|
   | **09/10/2020** | Parties disclose experts and exchange expert witness summaries or reports. |
   | **09/17/2020** | Parties exchange rebuttal expert witnesses summaries or reports. |

| | |
|---|---|
| **10/01/2020** | All discovery, including expert discovery, is completed. |
| **10/15/2020** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include Motions to strike experts) are filed.  **This deadline includes all dispositive motions.** |

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties shall submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable by **January 5, 2021**.  All other deadlines shall remain in effect.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 31st day of August 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF